UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES -- GENERAL

Case No.    **CV 20-11298-JFW(Ex)**                                Date:  December 17, 2020

Title:    State Bar of Arizona -v- Michael T. Taraska

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**
             None                                                                           None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER REMANDING ACTION TO THE SUPERIOR COURT OF ARIZONA FOR MARICOPA COUNTY**

On June 23, 2020, Plaintiff State Bar of Arizona filed a Complaint against Defendant Michael T. Taraska ("Defendant") in the Superior Court of Arizona for Maricopa County. On December 14, 2020, Defendant filed a Notice of Removal, removing the action to this Court. The Court **REMANDS** this action to the Superior Court of Arizona for Maricopa County because Defendant failed to remove the action "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

IT IS SO ORDERED.